UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

YWA MOO,

      Petitioner,

   v.                               CAUSE NO. 3:26cv343 DRL-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on May 27, 2026. ECF 13. The court entered the order granting habeas relief on May 26, 2026. ECF 11.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 11) and to close this case.

SO ORDERED.

June 4, 2026                                    _s/ Damon R. Leichty_
                                           Judge, United States District Court